[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-10211
Non-Argument Calendar

_____

D.C. Docket No. 8:02-cr-00450-SCB-EAJ-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JULIAN DELEON MONROE,
a.k.a. Julu,

Defendant-Appellant.

_____

No. 12-10357
Non-Argument Calendar

_____

D.C. Docket No. 8:08-cr-00195-SCB-MAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE LLOYD,

Defendant-Appellant.

————————————————

No. 12-10416
Non-Argument Calendar

————————————————

D.C. Docket No. 8:06-cr-00199-SCB-MSS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PAUL DAVID LAMAR,

Defendant-Appellant.

————————————————

No. 12-10417
Non-Argument Calendar

————————————————

D.C. Docket No. 8:08-cr-00230-SCB-EAJ-1

2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAMARCUS WALTHUGH STILLING,
a.k.a. Lamarcus Walthugh Stillings,

Defendant-Appellant.

_____

No. 12-10418
Non-Argument Calendar
_____

D.C. Docket No. 8:08-cr-00015-SCB-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN A. MILLS,
a.k.a. John A. Benton,
a.k.a. John A. Mielo,
a.k.a. Bird,
a.k.a. Blood God,

Defendant-Appellant.

3

_____

No. 12-10572
Non-Argument Calendar

_____

D.C. Docket No. 8:08-cr-00412-RAL-MAP-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KERLIN BELLOT,

Defendant-Appellant.

_____

No. 12-10574
Non-Argument Calendar

_____

D.C. Docket No. 3:00-cr-00054-HES-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

4

TERRANCE DALONE PARKER,

Defendant-Appellant.

_____

No. 12-10593
Non-Argument Calendar
_____

D.C. Docket No. 8:04-cr-00247-SCB-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADRIAN DONNELL JENKINS,
a.k.a. Psych,

Defendant-Appellant.

_____

No. 12-10725
Non-Argument Calendar
_____

D.C. Docket No. 6:06-cr-00002-GKS-DAB-1

5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RORY GERALD GIBSON,
a.k.a. Rojo,

Defendant-Appellant.

_____

No. 12-10729
Non-Argument Calendar
_____

D.C. Docket No. 6:08-cr-00005-GKS-KRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DERRICK LEON HARDEN,
a.k.a. Derrick Harden,
a.k.a. Derrick L. Harden,

Defendant-Appellant.

_____

No. 12-10763
Non-Argument Calendar
_____

D.C. Docket No. 6:05-cr-00114-GAP-KRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARL DENNIS JOHNSON,

Defendant-Appellant.

_____

No. 12-10767
Non-Argument Calendar
_____

D.C. Docket No. 6:06-cr-00135-GAP-DAB-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSEPH LEE HOLMES, JR.,
a.k.a. Joseph Lee Holmes,
a.k.a. Joseph L. Holmes,

Defendant-Appellant.

_____

No. 12-10773
Non-Argument Calendar
_____

D.C. Docket No.  6:99-cr-00200-GKS-DAB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC K. RICHARDSON,

Defendant-Appellant.

_____

No. 12-10904
Non-Argument Calendar
_____

D.C. Docket No. 6:11-cr-00340-GAP-DAB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELVIS BRANDY,

Defendant-Appellant.

_____

No. 12-10909
Non-Argument Calendar
_____

D.C. Docket No. 8:96-cr-00079-SCB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEVIN WILSON,
a.k.a. Clinton Edwards,
a.k.a. Kevin Edwards,
a.k.a. Keevie,

Defendant-Appellant.

9

_____

No. 12-10959
Non-Argument Calendar
_____

D.C. Docket No. 2:07-cr-00019-JES-DNF-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAWRENCE SMITH,

Defendant-Appellant.

_____

No. 12-10960
Non-Argument Calendar
_____

D.C. Docket No. 2:06-cr-00070-JES-SPC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE LASHAWN BELL,

10

Defendant-Appellant.

_____

No. 12-10961
Non-Argument Calendar
_____

D.C. Docket No. 2:04-cr-00087-JES-SPC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES E. DANIELS,

Defendant-Appellant.

_____

No. 12-10964
Non-Argument Calendar
_____

D.C. Docket No. 2:01-cr-00093-JES-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM MCGRAW,

Defendant-Appellant.

_____

No. 12-10965
Non-Argument Calendar
_____

D.C. Docket No. 2:03-cr-00008-JES-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRENCE TIMONE BELL,
a.k.a. Damar Lafred McCrary,

Defendant-Appellant.

_____

No. 12-10966
Non-Argument Calendar
_____

D.C. Docket No. 2:04-cr-00057-JES-DNF-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AGUSTIN AVILA,
a.k.a. Tingo,

Defendant-Appellant.

_____

No. 12-10978
Non-Argument Calendar
_____

D.C. Docket No. 8:00-cr-00409-SCB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL JOB BRITTON,

Defendant-Appellant.

_____

No. 12-11039
Non-Argument Calendar
_____

D.C. Docket No. 6:00-cr-00157-GAP-GJK-1

UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,

                                versus

SANFORD KNIGHT,
a.k.a. Pee Wee,

                                                        Defendant-Appellant.

_____

No. 12-11040
Non-Argument Calendar
_____

D.C. Docket No. 6:02-cr-00110-GKS-GJK-12

UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,

                                versus

WILLIE H. MURPHY,
a.k.a. Coop,

                                                        Defendant-Appellant.

14

_____

No. 12-11054
Non-Argument Calendar
_____

D.C. Docket No. 8:07-cr-00450-SCB-TGW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NORRIS ANTONIO SINGLETARY,

Defendant-Appellant.

_____

No. 12-11055
Non-Argument Calendar
_____

D.C. Docket No. 8:08-cr-00156-SCB-TBM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES A. BATTISTE,

15

Defendant-Appellant.

_____

No. 12-11099
Non-Argument Calendar
_____

D.C. Docket No. 8:09-cr-00304-SCB-MAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIO SINCLAIR JELKS,

Defendant-Appellant.

_____

No. 12-11103
Non-Argument Calendar
_____

D.C. Docket No. 8:02-cr-00240-SCB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANIEL BELLAMY,
a.k.a. G-Man,

Defendant-Appellant.

_____

No. 12-11142
Non-Argument Calendar
_____

D.C. Docket No. 3:04-cr-00113-HWM-JRK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JASON JAMAAL JACKSON,

Defendant-Appellant.

_____

No. 12-11181
Non-Argument Calendar
_____

D.C. Docket No. 8:07-cr-00437-SCB-TBM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY HENDRICKS,
a.k.a. T-Red,

Defendant-Appellant.

_____

No. 12-11182
Non-Argument Calendar
_____

D.C. Docket 8:09-cr-00534-RAL-AEP-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHIRLEY DANIELS,

Defendant-Appellant.

18

_____

No. 12-11187
Non-Argument Calendar
_____

D.C. Docket No. 8:03-cr-00310-SCB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LONNIE CAMEL, JR.,
a.k.a. Cameo,

Defendant-Appellant.

_____

No. 12-11248
Non-Argument Calendar
_____

D.C. Docket No. 2:05-cr-00071-VMC-DNF-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRENCE DENMARK,
a.k.a. Tick,

Defendant-Appellant.

_____

No. 12-11249
Non-Argument Calendar
_____

D.C. Docket No. 2:00-cr-00041-JES-DNF-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM R. DOWNS,

Defendant-Appellant.

_____

No. 12-11318
Non-Argument Calendar
_____

D.C. Docket No. 3:05-cr-00135-HES-TEM-1

20

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCELLUS MATSON,
a.k.a. Pee Wee,

Defendant-Appellant.

_____

No. 12-11319
Non-Argument Calendar
_____

D.C. Docket No. 3:09-cr-00104-HES-JRK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KOLON MANN,

Defendant-Appellant.

_____

No. 12-11322
Non-Argument Calendar
_____

D.C. Docket No. 3:06-cr-00339-HES-TEM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY BUTLER,

Defendant-Appellant.

_____

No. 12-11324
Non-Argument Calendar
_____

D.C. Docket No. 2:03-cr-00007-JES-DNF-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARL MICHAEL CROWE,

Defendant-Appellant.

22

_____

No. 12-11354
Non-Argument Calendar
_____

D.C. Docket No. 6:07-cr-00014-GKS-KRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDRAE LERON JOHNSON,

Defendant-Appellant.

_____

No. 12-11361
Non-Argument Calendar
_____

D.C. Docket No. 8:05-cr-00406-EAK-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALVIN BARNES,

23

Defendant-Appellant.

_____

No. 12-11403
Non-Argument Calendar
_____

D.C. Docket No. 2:93-cr-00102-JES-19

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT UPSHAW,
a.k.a. Robert Epps,

Defendant-Appellant.

_____

No. 12-11405
Non-Argument Calendar
_____

D.C. Docket No. 8:02-cr-00122-SCB-EAJ-9

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

24

versus

LEROY SULLIVAN,
a.k.a. Chicken Hawk,

Defendant-Appellant.

_____

No. 12-11407
Non-Argument Calendar
_____

D.C. Docket No. 8:02-cr-00033-SCB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELDRED TRACY KELLUM,
a.k.a. Eldridge Tracy Kellum,

Defendant-Appellant.

_____

No. 12-11408
Non-Argument Calendar
_____

D.C. Docket No. 8:89-cr-00004-EAK-3

25

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROY LARRY LEE,

Defendant-Appellant.

_____

No. 12-11456
Non-Argument Calendar
_____

D.C. Docket No. 8:08-cr-00215-SCB-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHELDON SMITH,

Defendant-Appellant.

_____

No. 12-11631
Non-Argument Calendar
_____

D.C. Docket No. 6:99-cr-00176-GAP-KRS-1

UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,

                              versus

LEONARD DESHAWN HARMON,

                                                    Defendant-Appellant.

_____

No. 12-11632
Non-Argument Calendar
_____

D.C. Docket No. 6:99-cr-00002-GKS-GJK-1

UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,

                              versus

LUCIOUS SCOTT,

                                                    Defendant-Appellant.

_____

No. 12-11651
Non-Argument Calendar
_____

27

D.C. Docket No. 8:01-cr-00107-EAK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PHILLIP SCOTT, JR.,

Defendant-Appellant.

_____

No. 12-11742
Non-Argument Calendar
_____

D.C. Docket No. 3:03-cr-00357-HLA-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER LASHAWN BROWN,
a.k.a. Mudd,

Defendant-Appellant.

_____

No. 12-11767
Non-Argument Calendar
_____

D.C. Docket No. 3:91-cr-00014-HLA-TEM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD GEORGE MATHEWS,
a.k.a. Ricky George Williams,

Defendant-Appellant.

_____

No. 12-11939
Non-Argument Calendar
_____

D.C. Docket No. 8:07-cr-00532-SCB-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEVIN E. MOORE,
a.k.a. KP,

Defendant-Appellant.

_____

No. 12-11950
Non-Argument Calendar
_____

D.C. Docket No. 8:99-cr-00211-SCB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALONZO BASKIN,

Defendant-Appellant.

_____

No. 12-12030
Non-Argument Calendar
_____

D.C. Docket No. 8:02-cr-00029-SCB-1

30

UNITED STATES OF AMERICA,

                                                      Plaintiff-Appellee,

                              versus

KENNETH CHARLES DANIELS,

                                                      Defendant-Appellant.

_____

No. 12-12170
Non-Argument Calendar
_____

D.C. Docket No. 6:05-cr-00165-GAP-GJK-1

UNITED STATES OF AMERICA,

                                                      Plaintiff-Appellee,

                              versus

JAMES ROOSEVELT LEE,

                                                      Defendant-Appellant.

31

_____

No. 12-12199
Non-Argument Calendar

_____

D.C. Docket No. 2:05-cr-00076-VMC-DNF-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDREW CRUMBLY,

Defendant-Appellant.


_____

Appeals from the United States District Court
for the Middle District of Florida

_____

(August 8, 2012)


Before TJOFLAT, CARNES, and KRAVITCH, Circuit Judges.

PER CURIAM:

In these consolidated appeals, federal prisoners were convicted of crack cocaine crimes. In each case, the district court calculated the prisoners' guidelines ranges using the career offender guideline because each prisoner had at least two prior felony convictions for a controlled substance offense. See United States Sentencing Guidelines § 4B1.1 (Nov. 2011). The prisoners later filed motions to reduce their sentences under 18 U.S.C. § 3582(c)(2), contending that Amendment 750 to the guidelines, which lowered the base offense levels for crack cocaine crimes in U.S.S.G. § 2D1.1, had reduced their guidelines ranges. The district court denied those motions, and these are the prisoners' appeals.

The district court did not err in denying the § 3582(c)(2) motions. In United States v. Moore, 541 F.3d 1323, 1330 (11th Cir. 2008), we held that "[w]here a retroactively applicable guideline amendment reduces a defendant's base offense level, but does not alter the [career offender] sentencing range upon which his or her sentence was based, § 3582(c)(2) does not authorize a reduction in sentence." Moore controls here. Amendment 750 did not alter the prisoners' career offender guidelines ranges, so the district court is not authorized to reduce their sentences under § 3582(c)(2). See Moore, 541 F.3d at 1330; see also United States v. Glover, — F.3d —, No. 12-10580, 2012 WL 2814303, at *3 (11th Cir. July 11, 2012) ("[Section 3582(c)(2)], the Sentencing Commission's corresponding policy

33

statement, and the commentary to that policy statement all make it clear that a court cannot use an amendment to reduce a sentence in a particular case unless that amendment actually lowers the guidelines range in that case.  It is that simple.").  The prisoners argue that the Supreme Court's decision in Freeman v. United States, 564 U.S. —, 131 S.Ct. 2685 (2011), abrogated our decision in Moore, but we have already rejected that argument.  See United States v. Lawson, — F.3d —, No. 11-15912, 2012 WL 2866265, at *2–3 (11th Cir. July 13, 2012).

**AFFIRMED.**